1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HALL, | Case No. 5:12-cv-01911-TJH-DTB |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** [JS-6] |
| v. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a corporation, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

Dated: July 15, 2013

_____
HON. TERRY J. HATTER, JR.
United States District Judge